## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

John D. Leatherwood,

        Plaintiff,

vs.

Warden Cohen; Associate Warden Burton;
Lt. Housey; Lt. Pinkney; Mr. Hodge,
Mental Health, CCC; Christy Jinks,
Mental Health; Captain G. Best; Felicia
Davis, Correctional Officer; Dennis
Salwierz, B-Z Shift Capt.; all in official
capacity and individual capacities;

        Defendants.

C.A. No.: 2:10-cv-01593-RBH

**ORDER**

)
)
)
)
)
)
)
)
)

        Plaintiff, a state prisoner proceeding *pro se*, brought this suit pursuant to 42 U.S.C. §
1983.  This matter is before the court for review of the Report and Recommendation of United
States Magistrate Judge Robert S. Carr, made in accordance with 28 U.S.C. § 636(b)(1)(B) and
Local Rule 73.02 for the District of South Carolina.

        The Magistrate Judge makes only a recommendation to this court.  The recommenda-
tion has no presumptive weight.  The responsibility to make a final determination remains with
this court.  See Mathews v. Weber, 423 U.S. 261, 270-71 (1976).  The court is charged with
making a de novo determination of those portions of the Report and Recommendation to
which specific objection is made, and the court may accept, reject, or modify, in whole or in
part, the recommendation of the Magistrate Judge or recommit the matter with instructions.
See 28 U.S.C. § 636(b)(1).

Neither party has filed objections to the Report and Recommendation. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983). The Court reviews only for clear error in the absence of an objection. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310 (4th Cir. 2005) stating that "in the absence of a timely filed objection, a district court need not conduct *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" (quoting Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the record in this case, the Court finds no clear error. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and incorporated by reference. Therefore, it is

**ORDERED** that Plaintiff's [Docket Entry 21] motion for a preliminary injunction is denied as moot and as without merit.

**IT IS SO ORDERED.**

                                       s/R. Bryan Harwell
                                       R. Bryan Harwell
                                       United States District Judge

Florence, South Carolina
November 12, 2010